IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TOM BLACK, et al.             )
                              )
v.                            ) NO. 3:05-0469
                              ) JUDGE CAMPBELL
OPEN SOLUTIONS, INC.          )

ORDER

Pending before the Court is Defendant's Motion to Dismiss or, in the Alternative, to Transfer (Docket No. 5). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE